USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/30/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGG GUCWA, <br><br> Plaintiff, <br><br> -against- <br><br> GC SERVICES, LP, <br><br> Defendant. | Case No.: 1:17-cv-02919-JSR <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that Plaintiff GREGG GUCWA hereby voluntarily dismisses with prejudice the above entitled action against Defendant GC SERVIES, LP.. The parties, through their attorneys, have settled this action pursuant to a General Release and Settlement Agreement.

RESPECTFULLY SUBMITTED,

DATED: May 23, 2017

**THE LAW OFFICE OF DANIEL RUGGIERO**

By: */s/ Daniel Ruggiero*
Daniel G. Ruggiero
THE LAW OFFICE OF DANIEL RUGGIERO
275 Grove St.
Suite 2-400
Newton, MA 02466
T: (339) 237-0343
F: (339) 707-2808
Email: DRuggieroEsq@gmail.com
Attorney for Plaintiff

SO ORDERED:
/s/ [signature]
U.S.D.J.  5-27-17